IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES BROADHEAD, AIS #224802,    :

    Plaintiff,                   :

vs.                              :   CIVIL ACTION 10-0506-WS-M

SYLVESTER FOLKS, et al.,         :

    Defendants.                  :


ORDER

    After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

    DONE this 29th day of September, 2011.


                    s/WILLIAM H. STEELE
                    CHIEF UNITED STATES DISTRICT JUDGE