IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES BROADHEAD, AIS #224802,      :

    Plaintiff,                     :

vs.                                :   CIVIL ACTION 10-0506-WS-M

SYLVESTER FOLKS, et al.,           :

    Defendants.                    :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 29th day of September, 2011.

                                    s/WILLIAM H. STEELE
                                    CHIEF UNITED STATES DISTRICT JUDGE