IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


JAMES BROADHEAD, AIS #224802,          :

     Plaintiff,                              :

vs.                                     :     CIVIL ACTION 10-0506-WS-M

SYLVESTER FOLKS, et al.,                :

     Defendants.                             :


<u>JUDGMENT</u>


     It is ORDERED, ADJUDGED, and DECREED that this action be and
is hereby DISMISSED without prejudice pursuant to 28 U.S.C. §
1915(g).

     DONE this 29th day of September, 2011.


                        s/WILLIAM H. STEELE
                        CHIEF UNITED STATES DISTRICT JUDGE